Grant for 30 days
[signature]
10-26-15

PDR NO. PD-0616-15

MELVIN LEE SANDERS, III      §
     Petitioner,      §    IN THE COURT OF CRIMINAL

                 §

Vs.                §    APPEALS AT AUSTIN, TEXAS.

                 §

THE STATE OF TEXAS,      §
     Respondant.      §

## MOTION FOR EXTENTION OF TIME TO FILE HIS MOTION FOR REHEARING

COMES NOW, Melvin Sanders, III, #01931978, Petitioner in the above -styled and -numbered cause and files his motion for re-hearing pursuant to the Texas Rules of Appellate Procedure 79.9 and shows this Honorable Court GOOD CAUSE to GRANT this motion as follows:

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 23 2015

Abel Acosta, Clerk

1· On October 7, 2015, this Honorable Court has refused the Petitioner's pro se Petition of Discretionary Review.

2· Pursuant to Rule 79.1, a Petitioner has 15 days from the date of the judgement or order to file his motion for rehearing. See **Tex.App.Proc.R 79.1**.

FILED IN
COURT OF CRIMINAL APPEALS

OCT 23 2015

Abel Acosta, Clerk

3· The Petitioner is incarcerated in the TDCJ-CID Coffield unit in Anderson County, Texas, and is indigent.

4· The Coffield unit only allows for inmates to have only 10 hours per week to conduct their research, prepare, and write out thier documents to the Courts.

5· The Coffield unit is currently on a "lockdown" and the 10 hour access went down to only 9 caselaw(s), statutes, or aut-horities to review per week.

6· The Petitioner's current due date is November 1, 2015.

7· The Petitioner is seeking for a 30 day extention. There-fore the Proposed deadline will fall on December 1, 2015, in or-

der for the Petitioner to properly prepare and file his motion for rehearing.

## PRAYER FOR RELIEF

Petitioner prays that this Honorable Court will GRANT this motion and extend the deadline to December 1, 2015, or a reasonable time to prepare and file his PDR.

X _Melvin Lee Sanders III_
Melvin Lee Sanders III
#01931978-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

## INMATE DECLARATION

I, Melvin Lee Sanders III, #01931978, being incarcerated in the TDCJ-CID Coffield unit in Anderson County, Texas, declares that the foregoing is true and correct under the penalty of perjury. Executed this day of October 17, 2015.

X _Melvin Lee Sanders III_
Melvin Lee Sanders III
#01931978-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

## PROOF OF MAILING

I, Melvin Lee Sanders III, #01921978, have placed this motion for rehearing, into the internal mailing system of the Coffield unit in Anderson County, Texas, on October 17, 2015. This is true and correct under the penalty of perjury. Executed this day of October 17, 2015.

X _Melvin Lee Sanders III_
Melvin Lee Sanders III

#01931978-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.